UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

V.                                                                                    Case No. 4:12-cr-33-RH

DARRYL KING
_____/

## MEMORANDUM OF LAW

APPEARING NOW, Defendant Pro se presents this memorandum of law in aid of this courts ruling on his recently submitted request for reduction in sentencing of detention.

### ISSUES OF LAW

1) As an initial matter, Defendant request this court recognize judicially the Supremecy of the U.S. Constitution as outlined in Article VI clause 2 of the same; such judicial notice shall be GRANTED when requested and the fact or law cannot in any way be disputed.(Rule 201 of Fed R. of Evid.);

2) Further that this court shall judicially notice the Supreme Assurance that the judicial officer "...shall support this Constitution;" as duty binds him to, under the Article VI 3rd clause.

3) Defendant has filed for a reduction in sentence, which is currently pending a legal responsive pleading from the United States Counsel of record. (DE 119); Within that motion, defendant has presented issues of fact and law, which provide this court sufficicent and substantive grounds, for the reduction of his sentence. To be noted, soon to be implemented guidelines changes are not noted, yet could be deemed "extraordinary and compeelling" in the general catchall provision of 3582.

1



4)   3553(a) is relied upon by the court in its decision to impose any sentence of detention; while Congress makes it quite clear that imprisonment shall only be relied upon in the most serious of offenses. (see Congressional Advisory Note of 1984 Amendment session) additionally, 3582(a) reminds the court to take into consideration that Congress has long found, imprisonment does nothing for the rehabilitation or the redemption of any offender of federal law. Instead it is solely a punishment only rule.

## RULE OF LAW

5)   "The requirement that jurisdiction be established as a threshold matter 'springs from the nature and limits of the judicial power of the United States' and is 'inflexible and without exception.'" Steel Co. v. Citizens for a Better Environment, 523 U.S. 83 (199

This court, as does any federal court, must assure that "standing" in the Art. III Constitutional sense, has been met. "...Article III of the Constitution, from which standing derives, governs our jurisdiction in every type of case." United States vs. Frank Amodeo, 916 F.3d 9678. Feb. 2019, 11th Circuit COA. In this matter, the Defendant is the party requesting a reduction in sentence as to legal matters which affect his detainment or in opposite, his liberty interest. Currently argued issuses are in fact causing him "injury in fact" to a cognizable legal right; Liberty. Defendant has the right to access this forum, without any legislative machinations due to separation of powers concerns. "The rule that penal laws are to be construed strictly, is perhaps not much less old than construction itself." United States v. Wright, 607 F.3d. 708, 716-17 (11th Circuit 2010). Since penal laws are affecting his liberty interests, and this court is the sole forum which can change the rule of law governing his case; than since the liberty interest is affected by the United States government body as a whole, the agency within such government body (i.e. United States of America, as listed on this case) shall be the opponent in these matters. Jurisdiction statutorily and constitutionally have been met.

6)   18 U.S.C. § 4001 assures that a Citizen shall not be imprisoned except pursuant to an act of congress. Defendant's prior noted arguments, reveal such limitation is not being upheld at this time. This in itself warrants the reduction in sentence.

ARGUMENT

7)   It is the common practice of the Attorney's for the United States to side-step their executive duties whence reduction in sentence is the subject matter at the court. However, the rule of law reveals that such side-step is not only creating extra traffic (administratively) it is not Constitutionally sound, as to Supremecy of Rights. In other words, when the Executive officers relegate the judicial duties of the D.O.J. to allow for the abrogation of inmate due process rights, by a junior administrative agency (the B.O.P being under the control of the D.O.J. and Attorney General), the the D.O.J. is minimizing the rights of the inmate, and marginalizing the inmates liberty interest to an inter-agency subbordinate to the Party of Opposition: The United States of America. This is unconstittutionally sound.

8)   Vagueness of laws "...threaten to transfer [the] legislative power to police and prosecutors leaving them to the job of shaping a vague statute's contours through their enforcement decisions." (see Sessions v. Dimaya, 138 S.Ct. 1204, 1227-28 Justice Gorsuch Concurring, relying on Grayned v. City of Rockford, 484 U.S. 104, 108-09 (1972)).

Leaving the decision to consider a reduction in sentence to the housing agency, when such agency had no direct involvement with the original sentence is arbitrary at best. Since the laws controlling defendant's time in prison, are being questioned at the Judicial level, the necessity of the judicial branch and the Prosecution offices in the same district, mandate that Venue lies with this court; not an administrative agency which is no more than a 'hotel' for the defendants imprisonment order. This is the correct forum under law; the correct forum for the controversy, under the Constitution.

RELIEF REQUESTED

9)   Defendant request this court order the United States of America, to respond to his reduction in sentence request. Respond by a legally licensed lawyer (in the State of Florida, with associated Bar Card #) that Defendant may have his rights protected to file a grievance against said lawyer, in the State should he malpractice in his/her reply.

3

All facts are true and submitted under the penalty of perjury this 27th of October 2023, under the laws of the United States of America.

*Darryl King*
Darryl King
FCI Coleman LOW
PO BOX 1031
Coleman, FL 33521
Inamte Legal Mailing

CC: All CIP's on PACER trhu ECF service rule for Inmate filings.

Darryl King 21613-017
FCI Coleman LOW
PO BOX 1031
Coleman, FL 33521



TAMPA FL 335
SAINT PETERSBURG FL
1 NOV 2023 PM 4 L

NOV 0 3 2023

U.S. District Courthouse
111 N. Adams Street
Tallahassee, FL 33521

32301-773699