# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 25, 2024

Clerk - Northern District of Florida
U.S. District Court
111 N ADAMS ST
TALLAHASSEE, FL 32301

Appeal Number: 24-10104-AA
Case Style: USA v. Darryl King
District Court Docket No: 4:12-cr-00033-RH-GRJ-1

The enclosed copy of the Clerk's Order of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-2 Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 24-10104-AA

_____

UNITED STATES OF AMERICA,

                                  Plaintiff - Appellee,

versus

DARRYL KING,

                                  Defendant - Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

ORDER: Pursuant to the 11th Cir. R. 42-1(b), this appeal is hereby DISMISSED for want of prosecution because the appellant Darryl King has failed to file an appellant's brief within the time fixed by the rules.

Effective March 25, 2024.

                                     DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

                                                              FOR THE COURT - BY DIRECTION